IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARLENE MCADAMS,** *Plaintiff,* <br><br> **v.** <br><br> **UNITED STATES OF AMERICA,** *Defendant*. | **CIVIL ACTION NO. 2:23-cv-00580-MMB** |

## ORDER RE MOTION TO DISMISS

**AND NOW**, this 21st day of August 2023, upon consideration of Defendant's Motion to Dismiss For Lack of Subject Matter Jurisdiction, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF No. 4) is **DENIED** without prejudice.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON
United States District Judge